UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cecilia Tillman,

    Plaintiff,

v.                                                     Criminal Case No. 11-10994

Macys,                                         Honorable Sean F. Cox

    Defendant.
_____/

## ORDER

Acting *pro se*, Plaintiff Cecilia Tillman filed this action against her former employer, Defendant Macys, asserting employment discrimination claims.

Macys then filed a Motion to Compel Arbitration, asserting that Tillman was required to arbitration her claims with the American Arbitration Association. Macys asked this Court to compel Tillman to arbitrate her claims and to stay this action pending completion of the arbitration proceeding.

Although this Court denied that motion, Macys appealed the ruling and the United States Court of Appeals for the Sixth Circuit reversed that ruling. *See Tillman v. Macys*, 735 F.3d 453 (6th Cir. Oct. 31, 2013).

Now that the Mandate has issued, this Court must compel Tillman to arbitrate her claims. Accordingly, IT IS ORDERED that Macy's Motion to Compel is now GRANTED and the Court hereby COMPELS Tillman to submit her claims to arbitration.

IT IS FURTHER ORDERED the Clerk is directed to ADMINISTRATIVELY CLOSE this case. Following the completion of the arbitration, either party may petition the Court to take

1

appropriate action, at which time the Court may restore this case to its active docket.

    IT IS SO ORDERED.

                                          S/Sean F. Cox
                                          Sean F. Cox
                                          United States District Judge

Dated: December 30, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 30, 2013, by electronic and/or ordinary mail.

                                            S/Jennifer McCoy
                                          Case Manager